Graham A. Boyd, American Civil Liberties Union Foundation, Inc., Santa Cruz, CA, for Appellant.

Patricia R. Cangemi, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellees.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Dennis Larson Loop appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Following careful de novo review, *see Kasper v. Federated Mut. Ins. Co.*, 425 F.3d 496, 502 (8th Cir.2005), we affirm the grant of summary judgment, finding no reversible error of fact or law. *See* 8th Cir. R. 47B.

Jamie Kaufmann WOODS; Shari Lueken, a minor, by and through her next friends, Ralph Lueken and Marilyn Lueken; Marilyn Lueken; Ralph Lueken; Erika Teasley, a minor, by and through her next friends, Paul Douglas Hoover, Jr. and Katrina L. Hoover; Paul Douglas Hoover, Jr.; Katrina L. Hoover; Tracey Brazil Ozuna; Jessica Deboi, Plaintiffs–Appellants

v.

Bob WILLS, aka Bobby Ray Wills, aka B. Wills; Betty Sue Wills; Sam Gerhardt, aka S.L. Gerhardt; Deborah Gerhardt, aka Debbie Gerhardt; Julie Gerhardt; Sharon Goodman; Andrea Hill, dba Mountain Park Boarding Academy, Defendants–Appellees.

No. 06–1972.

United States Court of Appeals, Eighth Circuit.

Submitted: April 9, 2007.

Filed: June 1, 2007.

Rehearing and Rehearing En Banc Denied July 26, 2007.

---

Oscar Amos Stilley, Ft. Smith, AR, for Plaintiffs–Appellants.

John L. Oliver, Jr., Oliver & Oliver, Cape Girardeau, MO, Steven Howard Schwartz, John D. Briggs, Brown & James, St. Louis, MO, for Defendants–Appellees.

Before MURPHY, BRIGHT, and BENTON, Circuit Judges.

PER CURIAM.

Having carefully reviewed the record, we find no error in the trial court's [1] disposition of this matter. Therefore, the judgment is affirmed. *See* 8th Cir. R. 47B.

[1]. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.